# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI ZONG HER, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>TUA CHA,<br><br>    Defendant. | Case No. 1:25-cv-00656-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE A NOTICE OF STATUS OF ACTION OR REQUEST FOR ENTRY OF DEFAULT<br><br>**AUGUST 14, 2025 DEADLINE** |

On May 30, 2025, Plaintiffs commenced this action, and a mandatory scheduling conference is scheduled for September 11, 2025. (ECF Nos. 1, 4.) On July 18, 2025, Plaintiffs filed an executed summons indicating that Defendant had been served, and the answer was due on August 4, 2025. (ECF No. 6.) The deadline for Defendant to file an answer has now passed, and Plaintiffs have not filed for an entry of default.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **before or by August 14, 2025,** Plaintiffs shall either file a status report of this action regarding the parties' readiness to proceed into the scheduling conference, a stipulation extending the time to respond and request to continue the conference, or a request for entry of default on Defendant.

IT IS SO ORDERED.

Dated:   **August 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge