# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI ZONG HER, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>TUA CHA, <br><br>　　　　　Defendant. | Case No.  1:25-cv-00656-SAB <br><br> ORDER REGARDING STIPULATION SETTING ASIDE DEFAULT AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED <br><br> ORDER RESETTING INITIAL SCHEDULING CONFERENCE <br><br> (ECF No. 13) |

　　　　On May 30, 2025, Plaintiffs Mai Zong Her and Art Tucay Jr. commenced this action alleging copyright infringement and unfair competition against Defendant Tua Cha, doing business as Mongolian Monuments. (ECF No. 1.) On August 8, 2025, the Clerk entered an entry of default as to Defendant. (ECF No. 9.) That same day, the Court vacated the initial scheduling conference and ordered Plaintiffs to file a motion for default judgment. (ECF No. 10.) Subsequently, the parties filed a stipulation, seeking to set aside the entry of default and allow Defendant a brief extension to answer or otherwise respond to the complaint. (ECF No. 13.)

　　　　For good cause shown, the Court approves the stipulation. In light of the foregoing, the Court will also reset the initial scheduling conference.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's entry of default against Defendant Tua Cha, doing business as Mongolian Monuments (ECF No. 9) is hereby SET ASIDE;

2. Defendant shall file a responsive pleading **no later than September 22, 2025**;

3. The initial scheduling conference is RESET to **October 30, 2025, at 11:00 a.m. in Courtroom 9**; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **September 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2