# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAI ZONG HER, et al.,

Plaintiff,

v.

TUA CHA,

Defendant.

Case No. 1:25-cv-00656-SAB

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 27, 29)

**SEPTEMBER 10, 2026 DEADLINE**

On December 1, 2025, the parties participated in a settlement conference where the case was settled. (ECF No. 27.) As relevant here, on May 21, 2025, the Hon. Jeremy D. Peterson gave the parties through June 21, 2026, to finalize their long form settlement. (ECF No. 29.) That date has passed, and the Court now finds vacating dates and setting a deadline to file dispositional documents appropriate.

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. The parties shall file dispositional documents no later than **September 10, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **August 11, 2026**

STANLEY A. BOONE
United States Magistrate Judge