# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI ZONG HER, et al.,<br>Plaintiffs,<br>v.<br>TUA CHA,<br>Defendant. | Case No. 1:25-cv-00656-SAB<br><br>ORDER RE: SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 31) |

On August 19, 2026, Defendant Tua Cha filed a substitution of attorney form substituting himself in place of attorneys Eric Anthony Caligiuri and Ryan Edward Abernethy of Weintraub Tobin. (ECF No. 31.) Local Rule 182 provides, in pertinent part, that "[a]n attorney who has appeared in an action may substitute another attorney and thereby withdraw from the action . . . ." L.R. 182(g) (emphasis added). Because Defendant Tua Cha seeks to represent himself *pro se*, and the record does not reflect that he is an attorney, the Court does not find a substitution of attorney to be the procedurally proper mechanism. Accordingly, the Court DIRECTS Defendant Tua Cha's counsel of record to file a stipulation, or if a stipulation cannot be obtained, a motion to withdraw as counsel of record pursuant to Local Rule 182(d).

IT IS SO ORDERED.

Dated: **August 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge