# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI ZONG HER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TUA CHA,<br><br>Defendant. | Case No. 1:25-cv-00656-SAB<br><br>ORDER REGARDING STIPULATION TO ALLOW DEFENDANT TO PROCEED PRO SE<br><br>(ECF No. 33) |

Before the Court is the stipulation from the parties seeking to allow Defendant Tua Cha to proceed *pro se*. Upon review of the stipulation, the Court finds allowing Defendant to proceed *pro se* to be appropriate.

Therefore, the Court DIRECTS the Clerk of the Court to terminate Eric Anthony Caligiuri and Ryan Edward Abernethy counsel of record for Defendant. The Court FURTHER DIRECTS the Clerk of the Court to update the address of Defendant Tua Cha as follows:

Tua Cha
1366 N. Sierra Vista Ave.
Fresno, CA 93703-4716

/ / /

/ / /

Finally, for Defendant's benefit, the Court reiterates that the filing of dispositional documents in this matter is due no later than **September 10, 2026**. (ECF No. 30.) Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **August 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge