# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI ZONG HER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TUA CHA,<br><br>Defendants. | Case No. 1:25-cv-00656-SAB<br><br>ORDER GRANTING REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 40) |

On May 21, 2026, the parties participated in a settlement conference where the matter was settled. (ECF No. 29.) Following various issues, on September 3, 2026, the parties appeared again before the settlement judge in order to work out certain language of the agreement. (ECF Nos. 36, 37.) Thereafter, the Court gave the parties through October 13, 2026, to file dispositional documents. On that date, the parties requested a thirty-day continuance, indicating that Defendant, who is proceeding *pro se*, has signed the settlement agreement but that not all requirements have yet been met by all parties.

/ / /

/ / /

/ / /

/ / /

/ / /

The Court approves the request and ORDERS that the parties shall have through **November 12, 2026**, to file dispositional documents. Any further request for an extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **October 14, 2026**



STANLEY A. BOONE
United States Magistrate Judge