# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI ZONG HER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TUA CHA,<br><br>Defendants. | Case No. 1:25-cv-00656-SAB<br><br>ORDER GRANTING REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 42) |

On May 21, 2026, the parties participated in a settlement conference where the matter was settled. (ECF No. 29.) Following various issues, on September 3, 2026, the parties appeared again before the settlement judge in order to work out certain language of the agreement. (ECF Nos. 36, 37.) Thereafter, the Court gave the parties through October 13, 2026, to file dispositional documents. On that date, the parties requested a thirty-day continuance, indicating that Defendant, who is proceeding *pro se*, has signed the settlement agreement but that not all requirements have yet been met by all parties. On November 12, 2026, Plaintiff has informed the Court that one outstanding issue remains and requests an additional thirty days to file dispositional documents.

/ / /

/ / /

/ / /

Based on the foregoing, the Court approves the request and ORDERS that the parties shall have through **December 14, 2026**, to file dispositional documents. Any further requests for an extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **November 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge